443 A.2d 372

Commonwealth v. Hoff, Jr., Appellant.

 Argued December 5, 1980. Henry V. Klein, Jr., Public Defender, for appellant; Thomas E. Boop, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgment of sentence affirmed.